THE PEOPLE OF THE STATE OF NEW YORK ex rel. RONALD J. SADNESS, Appellant, against VERNON A. MORHOUS, as Warden of Great Meadow Prison, Respondent.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See *post*, p. 702.]